# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA E. McCULLOUGH, | Case No.: 1:15-cv-00046 - --- - JLT |
| Plaintiffs, | ORDER RE: CONSENT |
| v. | |
| MACY'S INC., et al., | |
| Defendants. | |

The Court held a status conference with the parties on April 15, 2015, and informed the parties of the congested Court docket and heavy caseload of District Judges in the Fresno Division of the Eastern District of California. (*See* Doc. 7.) Defendant was directed to consider consenting to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and to file a consent/decline form within ten days. (*Id.*) To date, Defendant has not complied with this order.

Accordingly, **IT IS HEREBY ORDERED**: Defendant **SHALL** file a completed form indicating whether Defendant consents to or declines the jurisdiction of the Magistrate Judge within seven days of the date of service of this order.

IT IS SO ORDERED.

Dated: __April 29, 2015__         /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE

1